**Jose R. RIVERA, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 05–3057.

United States Court of Appeals, Federal Circuit.

March 16, 2006.

Rehearing and Rehearing En Banc Denied May 18, 2006.

Before NEWMAN, BRYSON, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36